IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02061-MSK-MJW

TRAVIS ACKERMAN,

Plaintiff,

v.

HUMANA INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Stipulated Motion to Modify Scheduling Order (Docket No. 45) is GRANTED for good cause.  The Scheduling Order (Docket No. 29) is AMENDED such that the dispositive motion deadline is extended to September 30, 2015.

Date: July 17, 2015